**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Michael Curtis, | Case No.: 2:21-cv-02250-JAD-EJY |
| Plaintiff | **Order Denying as Moot Motion to Exceed Page Limits and Setting Deadline to Respond to Plaintiff's Preliminary-Injunction Motion** |
| v. | |
| State of Nevada, et al., | |
| Defendants | [ECF No. 27] |

Plaintiff Michael Curtis moves to exceed page limits on his motion for a preliminary injunction, explaining that his 21-page motion and 39 pages of exhibits exceed the court's page limit.[1] He attaches his preliminary-injunction motion as an exhibit. Local Rule 7-3 limits motions "to 24 pages, **excluding exhibits**."[2] So Curtis's 21-page motion does not exceed the page limit because the court does not consider exhibits to count toward that limit. Accordingly,

IT IS ORDERED that Curtis's motion to exceed page limits **[ECF No. 27] is DENIED** as moot.

IT IS FURTHER ORDERED that **the Clerk of Court is directed to detach pages 4–68 of ECF No. 27 and docket those pages** as Curtis's "Motion for Preliminary Injunction and Temporary Restraining Order."

IT IS FURTHER ORDERED that defendants must respond to Curtis's preliminary-injunction motion by Monday, August 14, 2023. Curtis's reply is due Monday, August 21, 2023.

_____
U.S. District Judge Jennifer A. Dorsey
July 31, 2023

---

[1] ECF No. 27.

[2] L.R. 7-3(b).