# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| MICHAEL CURTIS,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, *et al.*,<br><br>  Defendants. | Case No. 2:21-CV-2250-JAD-EJY<br><br>**ORDER** |

On August 11, 2023, Defendants filed a Motion to Extend Discovery Deadlines by thirty days. ECF No. 32. On August 14, 2023, Defendants filed a Motion to Extend the Time to Respond to Plaintiff's Motion for Preliminary Injunction. ECF No. 33. On August 15, 2023, the Court issued two Orders requiring defense counsel to contact Plaintiff who is incarcerated about both extension requests. ECF Nos. 34, 35. On August 16, 2023, Defendants filed a Notice stating the Nevada Department of Corrections ("NDOC") could not accommodate a call with Plaintiff until August 25, 2023. ECF No. 36.

Defendants' request seeking an extension to respond to the Motion for Preliminary Injunction would be effectively moot by the time defense counsel can speak with Plaintiff. On the other hand the Motion to extend the discovery deadline will not be moot as of August 25, 2023.

Accordingly, on this occasion only, despite the lack of response from Plaintiff regarding the Motion extending time to respond to the Motion for Preliminary Injunction, the Court grants the extension. With respect to the Motion to extend the discovery deadlines, defense counsel must meet and confer with Plaintiff on August 25, 2023, the date on which NDOC can accommodate a call with Plaintiff. Defense counsel must then, again, provide an update to the Court or, if agreement is reached, file an unopposed motion to extend the discovery deadlines.

Accordingly, and based on the foregoing, IT IS HEREBY ORDERED that Defendants' Motion to Extend the Time to Respond to the Motion for Preliminary Injunction (ECF No. 33) is GRANTED.  Defendants' response is due on **August 31, 2023**.  Plaintiff's reply is due **September 11, 2023**.

IT IS FURTHER ORDERED that defense counsel must meet and confer with Plaintiff on August 25, 2023 regarding Defendants' request to extend the discovery deadlines and provide the Court an update or, if agreement is reached, file an unopposed motion to extend the discovery deadlines.

DATED this 17th day of August, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE