```
1  AARON D. FORD
   Attorney General
2  SAMUEL L. PEZONE JR. (Bar No. 15978)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3195 (phone)
   (702) 486-3773 (fax)
6  Email: spezone@ag.nv.gov

7  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CURTIS,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>            Defendants. | Case No. 2:21-cv-02250-JAD-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR REFERRAL TO A SETTLEMENT CONFERENCE** |

Plaintiff, Michael Curtis (Curtis), acting *pro se*, and Defendants, Julio Calderin, Charles Daniels, Monique Hubbard-Pickett, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and agree that a settlement conference be conducted in this matter pursuant to LR 16-5.

///
///
///
///
///
///
///
///

Page 1 of 3

Further, the parties stipulate and agree that the current deadline to file dispositive motions be stayed pending the outcome of the settlement conference.

DATED this 29th day of March, 2024.                    DATED this 29th day of March, 2024.

AARON D. FORD
Attorney General

/s/ Samuel L. Pezone, Jr.
SAMUEL L. PEZONE, JR. (Bar No. 15978)    Michael Curtis, #1195453
Deputy Attorney General

*Attorneys for Defendants*                             *Plaintiff, Pro Se*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Court will issue a separate order setting the settlement conference.

**IT IS FURTHER ORDERED** that the deadline to file dispositive motions is stayed pending the outcome of the settlement conference.

_____
U.S. MAGISTRATE JUDGE

Dated: March 29, 2024