Meng Zhong, Esq.
Nevada Bar No. 12145
John McCormick-Huhn
Nevada Bar No. 15961
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Tele:  702-949-8200
Email: mzhong@lewisroca.com
Email: jmccormick-huhn@lewisroca.com

*Attorneys for Plaintiff in conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CURTIS,<br><br>       Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>       Defendants. | Case No.   2:21-cv-02250-JAD-EJY<br><br>**STIPULATION AND ORDER STAYING CASE DEADLINES**<br><br>ECF No. 70 |

Plaintiff Michael Curtis ("Plaintiff") and Defendants Julio Calderin, Charles Daniels, Monique Hubbard-Pickett, and Brian Williams (collectively "Defendants") have executed a written settlement agreement to resolve all claims in the above-captioned action.

The settlement agreement requires Defendants to complete its terms within 45 days. If they do so, the case will be dismissed per stipulation. If not, Defendants will file a status report to inform the Court as to what terms are yet to be completed, along with an explanation as to why and when those terms are anticipated to be completed. Plaintiff may file an objection to the report within 7 days thereafter. Unless the Court orders otherwise, Defendants must file another status report 30 days thereafter, or the stipulation to dismiss must be filed.

/ / /

/ / /

/ / /

126599526.1

The Parties now stipulate to stay, and seek the Court's permission to stay, the remaining deadlines in this matter pending the forthcoming dismissal or status report(s).

**IT IS SO STIPULATED.**

Dated this 5th of November 2024.

NEVADA ATTORNEY GENERAL—
PUBLIC SAFETY DIVISION

By: /s/Samuel Pezone
Samuel Pezone, Bar No. 15,978
Deputy Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
E-mail: spezone@ag.nv.gov

*Attorney for Defendants*

Dated this 5th day of November 2024.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Meng Zhong
Meng Zhong, Bar No. 12,145
John McCormick-Huhn, Bar No. 15,961
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
E-mail: mzhong@lewisroca.com
E-mail: jmccormick-huhn@lewisroca.com

*Attorneys for Plaintiff Michael Curtis in conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

## ORDER

Based on the parties' stipulation [ECF No. 70] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS STAYED for all purposes** in light of the pending settlement. The parties must file status reports as stated in the settlement agreement.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 7, 2024