AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CURTIS,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants. | Case No. 2:21-cv-02250-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

      Plaintiff, Michael Curtis, by and through his attorneys, Meng Zhong and John McCormick-Huhn, of Lewis Roca Rothgerber Christie LLP, and Defendants, Julio Calderin, Brian Williams, Monique Hubbard-Pickett, and Charles Daniels, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 22nd day of October, 2024.

By: */s/ Meng Zhong*
Meng Zhong (Bar No. 12145)
John McCormick-Huhn (Bar No. 15961)
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
T: (702) 948-8200
E: mzhong@lewisroca.com
*Attorney for Plaintiff*

DATED this 22nd day of October, 2024.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 72]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 23, 2024